DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS J. BEEVERS, USVI #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANOLO REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-mj-00085 EFB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION |
| v. | |
| MANOLO REYES, | Date: May 18, 2012 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Carolyn K. Delaney |

It is hereby stipulated between the parties, DAVID PETERSEN, Assistant United States Attorney, attorney for plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant MANOLO REYES, that the Preliminary Hearing date of April 27, 2012 be vacated and a new Preliminary Hearing date of May 18, 2012 at 2:00 p.m. be set., pursuant to Federal Rule of Criminal Procedure 5.1 (d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1 (d) because the Government needs additional time to complete its initial investigation of the defendant's alleged sale of drugs and firearms. In addition, the parties request additional time to negotiate a pre-indictment resolution to this matter.

1   IT IS STIPULATED that the period from the signing of this Order, up to and including May 18, 2012 be excluded in computing the time within which trial must commence under the Speedy Trial Act. The parties stipulate and agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated:  April 24, 2012               Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender


                                     /s/ Douglas Beevers
                                     _____
                                     DOUGLAS BEEVERS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     MANOLO REYES


Dated:  April 24, 2012               BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ David Petersen
                                     _____
                                     DAVID PETERSEN
                                     Special Assistant U.S. Attorney
                                     Attorney for Plaintiff


**ORDER**

**IT IS HEREBY ORDERED** that the Court finds good cause to extend the Preliminary Hearing from April 27, 2012, to May 18, 2012, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1 (d). Based upon the representations and stipulations of the parties, the court finds that time be excluded under 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel)and the ends of justice

outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth under 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv). Accordingly, time under the Speedy Trial Act shall be excluded from the date of the parties stipulation, April 24, 2012, up to and including May 18, 2012.

**IT IS SO ORDERED.**

Dated:  April 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation/Order                    -3-