1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  DwightSamuelAtty@Yahoo.com
4  (916) 447-1193

5  Attorney for Defendant
   MANOLO REYES
6

7

8
                              UNITED STATES DISTRICT COURT
9
                              EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,            No.  2:12-CR-0187 TLN

13            Plaintiff,                **AMENDED STIPULATION AND ORDER
                                        FOR CONTINUANCE OF STATUS**
14      v.                              **CONFERENCE**

15 MANOLO REYES,

16            Defendant.

17

18

19     IT IS HEREBY stipulated between the United States of America through its undersigned

20 counsel, Assistant United States Attorney Paul Hemesath, and defendant Manolo Reyes, through his

21 undersigned counsel Dwight Samuel, that the previously scheduled status conference date of June

22 19, 2014, be vacated and the matter set for status conference on August 28, 2014.

23     The reason for this request is that counsel has been appointed to represent defendant based

24 upon a recently discovered conflict. Counsel has received discovery which consists of 109 pages and

25 27 audio cd's. Upon review of discovery provided counsel noted that there was no documentation of

26 the convictions suffered by the defendant. In additon to reviewing the audio cds, counsel must obtain

27 records that bear upon defendant's criminal history.

28

                                              1

The parties further agree and stipulate that the time period from the filing of this stipulation until August 28, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: June 16, 2014                               /s/ Dwight M. Samuel
                                                  Dwight M. Samuel
                                                  Attorney for Defendant
                                                  Manolo Reyes

Date: June 16, 2014                               /s/
                                                  Assistant U.S. Attorney
                                                  Paul Hemesath

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, June 16, 2014, to and including August 28, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

It is further ordered that the June 19, 2014, status conference shall be continued to August 28, 2014, at 9:30 a.m.

IT IS SO ORDERED.

Dated: June 19, 2014

Troy L. Nunley
United States District Judge