DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
MANOLO REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MANOLO REYES,<br><br>　　　　　　Defendant. | No.  2:12-CR-0187 TLN<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Paul Hemesath, and defendant Manolo Reyes, through his undersigned counsel Dwight Samuel, that the previously scheduled status conference date of August 28, 2014, be vacated and the matter set for status conference on September 11, 2014, at 9:30 a.m.

　　　　The reason for this request is that counsel has been appointed to represent defendant based upon a recently discovered conflict. Counsel has received discovery which consists of 109 pages and 27 audio cd's. Upon review of discovery provided counsel noted that there was no documentation of the convictions suffered by the defendant. In additon to reviewing the audio cds, counsel must obtain records that bear upon defendant's criminal history. Finally, counsel has requested more discovery that may exist. Counsel for the goverment is attempting to accertain its existence and whereabouts and produce it if it does exist.

1

The parties further agree and stipulate that the time period from the filing of this stipulation until September, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: August 12, 2014                               */s/ Dwight M. Samuel*
                                                    Dwight M. Samuel
                                                    Attorney for Defendant
                                                    Manolo Reyes

Date: August 12, 2014                               */s/*_____
                                                    Assistant U.S. Attorney
                                                    Paul Hemesath

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, August 12, 2014, to and including September 11, 2014 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

It is further ordered that the August 28, 2014 status conference shall be continued to September 11, 2014 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: August 12, 2014

_____
Troy L. Nunley
United States District Judge