DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
MANOLO REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANOLO REYES<br>,<br>    Defendant. | No.  2:12-CR-0187 TLN<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |

  IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Paul Hemesath, and defendant Manolo Reyes, through his undersigned counsel Dwight Samuel, that the previously scheduled status conference date of October 9, 2014, be vacated and the matter set for status conference on November 6, 2014, at 9:30 a.m..

  The reason for this request is that counsel has been appointed to represent defendant based upon a recently discovered conflict. Counsel has received discovery which consists of 109 pages and 27 audio cd's. Upon review of discovery provided counsel noted that there was no documentation of the convictions suffered by the defendant. Counsel has obtained the services of both and investigator and and expert in the calculatoins of criminal history and have recieved reports. Upon further discussion with my client I believe some of the entries in his RAP and used in the calculations of his

1

criminal history are those of his brothers. I need additional time to investigate and confirm these facts.

The parties further agree and stipulate that the time period from the filing of this stipulation until November 6, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: October 2, 2014                              /s/ Dwight M. Samuel
                                                   Dwight M. Samuel
                                                   Attorney for Defendant
                                                   Manolo Reyes

Date: October 2, 2014                              /s/_____
                                                   Assistant U.S. Attorney
                                                   Paul Hemesath

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, October 2, 2014, to and including November 6, 2014 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

It is further ordered that the October 9, 2014 status conference shall be continued to November 6, 2014 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  October 2, 2014

Troy L. Nunley
United States District Judge