1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  DwightSamuelAtty@Yahoo.com
   (916) 447-1193
4

5  Attorney for Defendant
   MANOLO REYES
6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,              No.  2:12-CR-0187 TLN

13            Plaintiff,                  **STIPULATION AND ORDER FOR
                                          CONTINUANCE OF STATUS
14     v.                                 CONFERENCE**

15 MANOLO REYES,

16            Defendant.

17

18

19        IT IS HEREBY stipulated between the United States of America through its undersigned

20 counsel, Assistant United States Attorney Paul Hemesath, and defendant Manolo Reyes, through his

21 undersigned counsel Dwight Samuel, that the previously scheduled status conference date of

22 November 6, 2014, be vacated and the matter set for status conference on December 11, 2014.

23        The reason for this request is that counsel has been appointed to represent defendant based

24 upon a conflict. Counsel has received discovery which consists of 109 pages and 27 audio cd's.

25 Upon review of discovery provided counsel noted that there was no documentation of the

26 convictions suffered by the defendant. Counsel has obtained the services of both and investigator and

27 and expert in the calculatoins of criminal history and have recieved reports. Upon further discussion

28 with my client I believe some of the entries in his RAP and used in the calculations of his criminal

1

1

2
history are those of his brothers. I have requested additional discovery and am undertaking additional

3
investigation regarding this issue. I need additional time to investigate and confirm these facts.

4
The parties further agree and stipulate that the time period from the filing of this stipulation

5
until December 11, 2014, should be excluded in computing time for commencement of trial under

6
the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and

7
Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective

8
defense preparation. It is further agreed and stipulated that the ends of justice served in granting the

9
request outweigh the best interests of the public and the defendant in a speedy trial.

10
Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

11

12
So stipulated,

13
Date: October 30, 2014                                         */s/ Dwight M. Samuel*

14
                                                                          Dwight M. Samuel
                                                                          Attorney for Defendant

15
                                                                          Manolo Reyes

16
Date: October 30, 2014                                    */s/*_____

17
                                                                          Assistant U.S. Attorney
                                                                          Paul Hemesath

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

3          The Court, having received, read, and considered the stipulation of the parties, and good

4    cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court

5    finds that the ends of justice to be served by granting the requested continuance outweigh the best

6    interests of the public and the defendants in a speedy trial.

7          The Court orders that the time from the date of the parties' stipulation, October 30, 2014, to

8    and including December 11, 2014 shall be excluded from computation of time within which the trial

9    of this case must be commenced under the Speedy Trial Act, based upon the interest of justice under

10   18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow

11

12   reasonable time necessary for effective defense preparation.

13          It is further ordered that the November 6, 2014 status conference shall be continued to

14   December 11, 2014 at 9:30 a.m.

15

16          **IT IS SO ORDERED.**

17

18

19   Dated:  November 4, 2014

20

21

22

23   Troy L. Nunley
     United States District Judge

24

25

26

27

28

3