DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
MANOLO REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  12-CR-0187 TLN |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |
| v. | |
| MANOLO REYES, | |
| Defendant. | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Paul Hemesath, and defendant Manolo Reyes, through his undersigned counsel Dwight Samuel, that the previously scheduled status conference date of December 11, 2014, be vacated and the matter set for status conference on January 15, 2015.

    The reason for this request is that counsel has been appointed to represent defendant based upon a conflict. Counsel has received discovery which consists of 109 pages and 27 audio cd's. Upon review of discovery provided counsel noted that there was no documentation of the convictions suffered by the defendant. Counsel has obtained the services of both and investigator and and expert in the calculatoins of criminal history and have recieved reports. Upon further discussion with my client I believe some of the entries in his RAP and used in the calculations of his criminal history are those of his brothers. I have requested additional discovery and am undertaking additional

1

investigation regarding this issue. I need additional time to investigate and confirm these facts.

On going negotiations have been occurring. Recently the defence has maked a counter offer. The government needs time to consider the counter offer and all parties are in agreement with that request.

The parties further agree and stipulate that the time period from the filing of this stipulation to and including January 15, 2015, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: December 5, 2014                          */s/ Dwight M. Samuel*
                                                Dwight M. Samuel
                                                Attorney for Defendant
                                                Manolo Reyes


Date: December 5, 2014                           /s/_____
                                                Assistant U.S. Attorney
                                                Paul Hemesath

2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation to and including January 15, 2015 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

It is further ordered that the status conference set for December 11, 2014 shall be continued to January 15, 2015 at 9:30 a.m.

IT IS SO ORDERED.

DATED: December 4, 2014

Troy L. Nunley
United States District Judge