DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
MANOLO REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MANOLO REYES,<br><br>　　　　　　Defendant. | No.  2:12-cr-187 TLN<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCE AND SCHEDULE FOR DICLOSURE** |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Paul Hemesath, defendant MANOLO REYES through herundersigned counsel Dwight Samuel that the scheduled sentencing date and schedule for dates be changed to the following:

　　　　Judgement and sentencing date be changed from May 14, 2015 to July 9, 2015, at 9:30 a.m.

　　　　The following schedule for disclosure of pre-sentence report and for filing of objections to the presentence report it is agreed to be as follows:

///

///

1

| | |
|---|---|
| Reply or statement of non-opposition | June 25, 2015 |
| Motion for correction of Pre-Sentence report filed | June 18, 2015 |
| Pre-Sentence report filed | June 11, 2015 |
| Counsel's written objections to the pre-sentence to probation | June 4, 2015 |
| Proposed Pre-sentence report disclosed to counsel | May 21, 2015 |

This stipulation is made because MANOLO REYES proposed presentence report is not yet completed at this date. In addition Mr. Samuel has a prepaid vacation scheduled. Defendant is aware of the delay and the reasons for such a delay and is in agreement.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation, vacate the present date for sentence of May 14, 2015 and adopt the above enumerated shedule for disclosure and response to the Pre-sentence report with sentencing reset to July 9, 2015.

So stipulated,

Date: April 14, 2015        /s/ Dwight M. Samuel
                            Dwight M. Samuel
                            Attorney for Defendant
                            MANOLO REYES

Date: April 14, 2015        /s/ Paul Hemesath
                            Assistant U.S. Attorney
                            Paul Hemesath

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety and it is so order

Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is further ordered that the May 14, 2015 date for sentencing shall be continued to July 9, 2015, at 9:00 a.m.

IT IS SO ORDERED.

DATED: April 15, 2015

Troy L. Nunley
United States District Judge