DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
MANOLO REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANOLO REYES,<br><br>    Defendant. | No.  2:12-CR-187-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING DATE** |

  IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Pual A Hemesath, and defendant MANOLO REYES through his undersigned counsel Dwight Samuel, that the previously scheduled judgement and sentencing date of July 9, 2015, be vacated and the matter be continued to August 13, 2015 at 9:30 am.

  The reason for this request is that defendant wishes to see his very ill mother who lives in Stockton and has no transportion. She has now well enough to travel and now has available to her limited transportation options. Once defendant is sentenced his aging ill mother will no longer have the abiility to visit him, no matter where he is housed in California.

  It is further agreed and stipulated that the ends of justice are served in granting the request

1

and that the continuance of this matter on calendar is in the best interests of the public and the defendant.

I have made contact with the probation officer, Anthony A. Andrews and advised him of the possible change in sentencing dates and he has no objection.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: July 1, 2015              /s/ Dwight M. Samuel
                                Dwight M. Samuel
                                Attorney for Defendant
                                MANOLO REYES


Date: July 1, 2015              ___/s/_ Paul Hemesath (as authorized on 7-1-15)
                                United States Attorney
                                Benjamin B. Wagner
                                By Assistant U.S. Attorney
                                Paul Hemesath


**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested continuance on calendar of judgement and sentencing and is in the best interests of the public and the defendant.

It is ordered that the July 9, 2015 sentencing date be vacated and reset for August 13, 2015 at 9:30 a.m.

IT IS SO ORDERED.

DATED: July 1, 2015
                                _____
                                Troy L. Nunley
                                United States District Judge