PHILLIP A. TALBERT
Acting United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00187-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| MANOLO REYES, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on March 5, 2021. Docket No. 123. Pursuant to Local Rule, the government's response is due on March 12, 2021, with any reply from the defendant due on March 15, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before March 17, 2021;

      b)    The defendant's reply to the government's response to be filed on or before March 25, 2021.

IT IS SO STIPULATED.

| Dated: March 11, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
|---|---|
|  | /s/ PAUL A. HEMESATH<br>PAUL A. HEMESATH<br>Assistant United States Attorney |
| Dated: March 11, 2021 | /s/ BENJAMIN RAMOS<br>BENJAMIN RAMOS<br>Counsel for Defendant<br>MANOLO REYES |

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)    The government's response to the defendant's motion, Docket No. 123, is due on or before March 18, 2021;

    b)    The defendant's reply to the government's response, if any, is due on March 25, 2021.

IT IS SO FOUND AND ORDERED this 12th day of March, 2021.

Troy L. Nunley
United States District Judge