UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MANOLO REYES,<br><br>                Defendant. | CASE NO. 2:12-CR-00187-TLN<br><br>**ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE** |

      Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Requests to Seal, IT IS HEREBY ORDERED that Defendant's Exhibits 1 and 2, consecutively paginated 1 through 83, and exhibit 3, pages 1 through 9, submitted by Defendant in support of his motion to reduce sentence, 28 U.S.C. section 3582(c)(1)(A) are ordered SEALED. Defendant's Exhibit 4, consecutively paginated 1 through 5, submitted by Defendant in support of his motion to reduce sentence, 28 U.S.C. section 3582(c)(1)(A) is also ordered SEALED until further Order of the Court. Defendant's Requests to Seal those documents shall be SEALED until further order of this Court.

      It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's Requests, sealing these documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the public filing of his Notices to Seal, the Court further finds that there are no additional alternatives to sealing these documents that would adequately protect the compelling interests identified by Defendant.

DATED: April 27, 2021

Troy L. Nunley
United States District Judge